# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DICKINSON N. ADIONSER,

Plaintiff, *pro se*,

v.

DEPARTMENT OF JUSTICE, *et al.*,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Case No. 10-027 (RJL)

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 5 day of September, 2011, it is hereby

**ORDERED** that defendants' Motion for Summary Judgment [#16] is **GRANTED**; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment [#26] is **DENIED**; and it is further

**ORDERED** that final judgment be entered for the defendants on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge